[No. 30081-1-III.   Division Three.   July 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA LYN HONG, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 11-1-00015-7, Donald W. Schacht, J., entered July 20, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 30096-0-III.   Division Three.   July 19, 2012.]

A.M. TODD COMPANY, INC., *Respondent*, v. B&G FARMS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-2-00772-2, Vic L. VanderSchoor, J., entered June 24, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Sweeney, J.

[No. 66067-5-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ANTHONY MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00115-4, Regina S. Cahan, J., entered September 13, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Lau, JJ.

[No. 66300-3-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAS PERALTA-REYES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05736-9, Bruce E. Heller, J., entered November 10, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Lau, JJ.